**Joseph & Norinsberg LLC**

Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
**jon@norinsberglaw.com**

March 4, 2024

<u>**VIA ECF**</u>

The Honorable Jennifer H. Reardon
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

        Re:   Troche v. Cobalt, LLC, d/b/a/ Carbon2Cobalt
              1:24-cv-00041
            <u>**NOTICE OF SETTLEMENT**</u>

Dear Judge Reardon:

      We represent Veronica Troche ("Plaintiff") in the above referenced ADA matter against Defendant, Cobalt 27, LLC, d/b/a Carbon2Cobalt ("Defendant") (collectively the "Parties"). We write now, with Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action. We therefore respectfully request that the Court dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated.

      In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                  Sincerely,

                                                 Jon L. Norinsberg, Esq.

c.c. Adi Kanlic, Esq.
     Counsel for Defendant (via ECF)